**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:18-mn-2873-RMG**<br><br>**This Document Relates to All Actions:**<br><br>*Miguel Angel Cabrera Rodriguez v. 3M Company et al.*, 2:24-cv-04832-RMG |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE**

**OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff initiated the above-referenced actions against Defendant Perimeter Solutions, LP ("Perimeter Solutions"). Perimeter Solutions has not answered or moved in response to those complaints. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-referenced action against Perimeter Solutions without prejudice. Plaintiff reserves its rights against all other defendants named in the above-referenced case.

July 24, 2026

Respectfully submitted,

COHEN HIRSCH, LP

/s/ Carrie M. Myers
Carrie M. Myers
COHEN HIRSCH, LP
5256 Peachtree Rd., Suite 195-E
Atlanta, Georgia 30341
Phone: 678-268-4683
Fax: 678-669-1520
Email: carrie@cohenhirsch.com

Andrea S. Hirsch
COHEN HIRSCH, LP
5256 Peachtree Rd., Suite 195-E
Atlanta, Georgia 30341
Phone: 678-268-4683

Fax: 678-669-1520
Email: andrea@cohenhirsch.com

Brooke F. Cohen
COHEN HIRSCH, LP
5256 Peachtree Rd., Suite 195-E
Atlanta, Georgia 30341
Phone: 678-268-4683
Fax: 678-669-1520
Email: brooke@cohenhirsch.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July24, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

/s/ Carrie M. Myers
Carrie M. Myers